ORIGINAL TO COURT

FILED
JUN 29 2007
NANCY MAYER WHITTINGTON, C,
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETITION FOR SUIT IN EQUITY
( PURSUANT TO 42 § U.S.C. § 1983 )

JAMES F. JOHNSON , PETITIONER
FED. REG. NO. 07561-016
P.O. BOX 2000 FCI
FORT DIX , NJ 08640

JURY DEMAND
MONETARY DAMAGES SOUGHT
( $15,000,000.00 )

Vs.

UNITED STATES OF AMERICA , ET AL.:

FEDERAL BUREAU OF PRISONS , ET AL.:
DIRECTOR
302 FIRST STREET , NW
WASHINGTON , D.C. 20002

Case: 1:07-cv-01168
Assigned To : Walton, Reggie B.
Assign. Date : 6/29/2007
Description: Pro Se Gen. Civil

JURY ACTION

RESPONDANT.

JURISDICTION

28 USCS § 1331.

FEDERAL QUESTION:

THE DISTRICT COURTS SHALL HAVE ORIGINAL JURISDICTION OF ALL CIVIL ACTIONS ARISING UNDER THE CONSTITUTION , LAWS , OR TREATIES OF THE UNITED STATES.

JURISDICTIONAL VENUE

42 USCS § 1983.

CIVIL ACTION FOR DEPRIVATION OF RIGHTS:

" EVERY PERSON , WHO, UNDER COLOR OF ANY STATUTE , ORDINANCE, REGU-LATION, CUSTOM , OR USAGE , OF ANY STATE , OR TERRITORY , OR THE DISTRICT OF COLUMBIA, SUBJECTS, OR CAUSES TO BE SUBJECTED, ANY CITIZEN OF THE UNITED STATES OR TOHER PERSON WITHIN THE JURISDICTION THEREOF, TO THE DEPRIVATION OF ANY **RIGHTS, PRIVILKEGES, OR IMMUNITIES,** SECURED

RECEIVED

JUN 25 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

BY THE CONSTITUTION AND LAWS, SHALL BE LIABLE TO THE PARTY INJURED IN AN ACTION AT LAW, SUIT IN EQUITY, OR OTHER PROPER PROCEEDING FOR REDRESS, EXCEPT THAT IN ANY ACTION BROUGHT AGAINST A JUDICIAL OFFICER FOR AN ACT OR OMISSION TAKEN IN SUCH OFFICER'S JUDICIAL CAPACITY, INJUNCTIVE RELEIF SHALL NOT BE GRANTED UNLESS A DECLARATORY RELIEF WAS UNAVAILABLE. FOR THE PURPOSE OF THIS SECTION, ANY ACT OF CONGRESS APPLICABLE EXCLUSIVELY TO THE DSITRICT OF COLUMBIA SHALL BE CONSIDERED TO BE A STATUTE OF THE DISTRICT OF COLUMBIA."

18 § USCS § 241.
" CONSPIRACY AGAINST RIGHTS:
  "IF TWO OR MORE PERSONS CONSPIRE TO  INJURE, OPPRESS, THREATEN,
   INTIMDATE , ANY INHABITANT, OF ANY STATE , TERRITORY , OR DISTRICT, IN THE FREE EXERCISE OF ENJOYMENT OF ANY RIGHT OR PRIVILEGE SECUR TO HIM BY THE CONSTITUTION OR LAWS OF THE UNITED STATES, OR BECAUSE OF HIS EXERCISED THE SAME.." ( IN PERTINENT PART )

18 § USCS § 242.
    DEPRIVATION OF RIGHTS UNDER COLOR OF LAW:
    " WHOEVER, UNDER COLOR OF ANY LAW , STATUTE, ORDINANCE, REGULATION, OR CUSTOM, WILLFULLY SUBJECTS ANY INHABITANT OF ANY STATE , TERRITORY, OR DSITRICT, TO THE DEPRIVATION OF ANY RIGHTS PRIVILEGES, OR IMMUNITIES SECURED OR PROTECTED BY THE CONSTITUTION OR LAWS OF THE UNITED STATES, OR TO **DIFFERENT PUNISHMENTS, PAINS, OR PENALTIES,** OR ACCOUNT OF SUCH INHABITANT BEING AN ALIEN , OR BY REASON OF HIS COLOR, OR RACE , THAN ARE PRESCRIBED FOR THE PUNISHMENT OF CITIZENS, SHALL BE FINED NOT MORE THAN $1,000 OR IMPRISONED FOR NOT MORE THAN ONE YEAR, OR BOTH, AND IF BODILY INJURY RESULTS SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN TEN YEARS , OR BOTH: ( IN PERTINENT PART )"

FIRTS AMENDMENT , UNITED STATES CONSTITUTION:
( IN PERTINENT PART ) THE RIGHT OF CITIZEN FREELY TO ASSEMBLE, AN TO ADDRESS THE GOVERNMENT TO SEEK REDRESS OF GRIEVANCE..."

              CONSTITUTIONAL VIOLATIONS CHIEFLY RELIED UPON
1 , 4 , 5, 6, 8, 14TH AMENDMENTS.
ALL CITATIONS SUBMITTED HEREIN UPON THIS COMPLAINT/SUIT IN EQUITY

COMPLAINT/INJURY

THE BELOW SIGNATURED PETITIONER IS THE COMPLAINANT IN CIVIL ACTION 06-cv-2233 , UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW(NLH) PETITIONER CONTEND THAT HE WAS DELIBERATELY INJURED BY THE RESPONDANTS WHEN THEY FAILED TO APPLY HIS DISTRICT OF COLUMBIA EARNED GOOD TIME EDUCATIONAL CREDITS IN THE SUM TOTALING 78 DAYS, AS ACCORDINGLY OF THE LAWS OF THE DISTRICT OF COLUMBIA, D.C. CODE 24 §429 (1989)AND FEDERAL BUREAU OF PRISONS POLICY STATES MENT §5884.02, AS WRITTEN AND ADOPTED IN ITS ORIGINAL FORM ACCORDINGLY TO THE D.C. CODE VERSION APPROVED BY THE UNITED STATES CONGRESS IN 1989.

PETTTIONER CONTENDS THAT THE RESPONDANTS " WELL KNEW , OR SHOULD HAVE KNOWN " THAT THEY WERE DENYING THIS PETITIONER A " FUNDAMENTAL" RIGHT , WHEN IT FAILED TO PROPERLY AND APPROPRIATELY APPLY HIE D..C. EARNED EDUCATIONAL GOOD TIME CREDITS TO HIS EARLY RELEASE PAROLE DATE AND HIS MAXIMUM RELEASE PAROLE DATE , AND FURTHER , TO PROPERLY ENTER SAME INTO THE INMATE SYSTEM OF SENTENCE COMPUTATIONS SO AS TO HAVE AWARD BECOME APPLICABLE TO HIS SENTENCE AND RELEASE DATES.

PEPTITONER FURTHER CONTEND, THAT HE ADDRESSED HIS COMPLAINTS TO BOP OFFICIALS DURING THE 2002-2003 EAR " WELL BEFORE HIS RELEASE ON OR ABOUT OCTOBER, 2003 , AND FURTHER , THAT THE BOP ADMANTLY STATED THAT THE APPLIED FOR D.C. EDUCATION GOOD TIME CREDITS DAYS WERE INDEED APPLIED TO HIS COMPUTATION SYSTEM AND THEN ISSUED ( SEE ATTACHED EXHIBITS ) AN " INSTITUTIONAL INMATE COMPUTATION SHEET," WITH THE APPLICATION ANDF NOTE FOR THE 78 D.C. EARNED EDUCATION GOOD TIME DAYS. KNOWINGLY , THAT THIS WAS AN FRUADULENT DOCUMENT AND THAT THE 78 DAYS WERE NEVER OFFICIALLY APPLIED TO HIS SENTENCE COMPUTATIONS!

IN AN OPINION RENDERED ON OR ABOUT MAY 30 , 2007, C.A. 06-2233, (NLH) THE UNITED STATES DISTRICT COURT JUDGE ISSUED AN OPINION WHICH STATED, EMPHATICALLY, THAT THESE RESPONDANTS ( PAGE TWO, LINE 22, " RESPONDERNTS ADMIT THAT THE 78 DAYS EDUCATIONAL CREDIT (SHOULD) HAVE BEEN APPLIED TO HIS EARLIER SENTENCE, SERVED FROM 1997 TO 2003, ( BEFORE ) HE WAS GRANTED RELEASE ON PAROLE." ( IN PERTINEN PART)

IF THIS HOLDS TRUE, THEN THIS PETITIONER IS ENTITLE TO THE HE SEEKS , SETFORTH AND PRAYS FOR , SINCE THE COURT IN THAT INSTANCE, " UPHELD THE VERSION AND ADMITTENCE " OFFERED BY THE RESPONDANT AS " TRUTH , " THEN THIS SUPPORTS PETITIONER"S INJURY AND SUIT.

THE FEDERAL JUDGE IN THIS INSTANCE, WENT FURTHER TO STATE FOR THE RECORDS, THAT ( SEE PAGE 4 , IN PERTINENT PART ) LINE 18.....
" ONCE APPROPRIATELY AWARDED, DCEGT [D.C. EDUCATIONAL GOOD TIME] VEST, AND CANNOT BE FORFEITED. STAFF MAY CORRECT ERRORS IN AWARDING DCEGT AT ANY TIME." P.S. 5884.02, § 8(e).'

PETITIONER CONTENDT THAT THIS FURTHERS HIS ASSERTIONS THAT THESE RESPONDANTS WERE BLATANT IN THEIR EFFORTS TO DENY THIS RIGHT TO THIS PETITIONER, BECAUSE " EVEN AFTER ADMITTING TO THE UNITED STATES FEDERAL JUDGE IN NEW JERSEY THAT THIS PETITIONER SHOULD HAVE BEEN AWARDED THE DCEGT , AND WERE NOT PRIOR TO HIS OCTOBER 2003 PAROLE RELEASE, THEY FAILED TO " CORRECT THE ERROR AT ANY TIME," AS THE LAW LEGISLATED, MOREOVER, THAT COURT SHOULD HAVE DIRECTED SAME AFTER THE BOP ADMITTED ITS ERROR! PLAINTIFF IS DUE, BY LAW, THE RIGHT TO BE COMPENSATED FOR THIS INJURY, AN DIRECT INFRINGMENT UPON HIS FREEDOM AND PROTECTED LIBERTY INTEREST FACTION AS HE " WAS RECOGNIZED AS BEING AWARDED" THE DCEGT , BUT WAS " NEVER OFFICIALLY ACREDITTED AND THE BOP " KNEW, AND ( WELL KNEW , AS EXPRESSED TO THE NEW JERSEY DISTRICT FEDERAL COURT) DELIBERATELY WITHHELD THIS INFORMATION AND AWARD FROM THIS PETITIONER AND HIS EARLY AND MAXIMUM RELEASE COMPUTATION , BY ISSUANCE HIM AN FRUADULENTLY MADE UP FAKE COMPUTATION SYSTEM SHEET SO AS TO CONTINUE THEIR CONSPIRACY TO DEPRIVE HIM OF HIS CONSTITUTIONAL RIGHTS.

PETITIONER FURTHER COMPLAINTS THAT THE RESPONDANTS WELL KNEW THAT THEY WERE INTENTIONALLY LEADING THE FEDERAL COURT IN NEW JERSEY TO BELIEVE THAT THIS PETITIONER WAS " UNDER A NEW SENTENCE," AND THEREBY NOT BEING ELIGIBLE FOR THE RECEIVING OF THE DCEGT (AFTER) HIS RETURN FOR THE (NEW CONVICTION) THOUGH THE RECORDS ( SEE ATTACHED COMPUTATIONS ) SHOWS , UNEQUIVOCALLY, THAT THIS PETITIONER WAS RETURNED TO JAIL FOR AND " ADMINISTRATIVE PAROLE VIOLATION , WITHOUT ANY NEW CRIMINAL CONDUCT , AND THAT THE UNITED STATES PAROLE COMMISSION IS NOT LEGISLATIVELY APPROVED BY CONGRESS TO GIVE ANY " NEW SENTENCES FOR ANY NEW CRIMINAL CONDUCT! SEE ATTACHED COMPUTATION FOR THIS PETITIONER. TRADITIONAL " GOOD TIME EARNINGS , AND D.C. EDUCATIONAL CREDIT EARNINGS, ARE BY STATUTE AND LAW, ENTIRELY TWO DIFFERENT GOOD TIME EARNINGS THE RESPONDANTS WELL KNEW THAT THEY MISINFORMED THE COURT OF THIS IMPORTANT FACTOR ALSO. PETITIONER DEMANDS A TRIAL BY JURY!

WHEREAS, PETITIONER CONTEND THAT HE HAS SUBMITTED ATLEAST A " PRIMA FACIE " SHOWING AS TO WHY THIS CIVIL ACTION SHOULD BE HELD FOR TRIAL BY JURY , AND IT IS SO MOVED!

PETITIONER SEEKS , FOR COMPENSATORY DAMAGES , THE AMOUNT OF $15,000,000.00 AND FURTHER , PETITIONER SEEKS THAT SAME AMOUNT $ 15,000,000.00 FROM EACH OF THE NAMED DEFENDANTS NAMED IN THE SUIT IN EQUITY AND HIS ORIGINAL COMPLAINT IN 06-cv-2233 UNITED STATES DISTRICT COURT R THE DISTRICT OF NEW JERSEY , AND THE IRECTOR, FEDERAL BUREAU OF PRISONS, IN BOTH HIS/HER OFFICIAL AND INDIVIDUAL CAPACITIES, AND ANY OTHER PROPER AND APPRIPRIATE REMEDIES SUITED TO THIS COURT, FURTHER, THIS PETITIONER DEMANDS TRIAL BY JURY TO DETERMINE THE FACTS AND CLAI OF THIS PETITION, IT IS SO MOVED!

IN GOD WE TRUST ,

*/s/ James F. Johnson*
JAMES F. JOHNSON

### CERTIFICATE OF SERVICE

I JAMES .F JOHNSON , THE PETITIONER HEREIN , DEPOSE AND SAY UNDER PENALTY OF PERJURY, THAT I HAVE MAILED THE ORIGINAL AND TWO COPIES

TO : CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON , D.C  20001

POSTAGE FIRST PREPAID, VIA U.S. POSTAGE, ON THIS 20DAY OF JUNE, 2007 AND DULY REQUEST THAT THE CLERK ISSUE APPROPRIATE AND PROPER COPIES TO ANY AND ALL CONCERNED PARTIES AND THE PETITIONER AT:
JAMES F. JOHNSON , PRO SE
FED. REG. 07561-016
P.O. BOX 2000 FCI
FORT DIX , NJ 08640

IT SHOULD BE NOTED FOR THE RECORDS THAT THIS PETITIONER/PRO SE, WILL BE RESIDING AT 553 INGRAHAM PLACE, NE
WASHINGTON ,D.C. 20001 AFTER AUGUST 16, 2007
AS CHANGE OF ADDRESS NOTIFICATION.

*/s/ James F. Johnson*
JAMES F. JOHNSON

ATTACHMENTS! 3

**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES F. JOHNSON,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN CHARLES SAMUELS, et al.,<br><br>        Respondents. | Civil No. 06-2233 (NLH)<br><br>O P I N I O N |

**APPEARANCES:**

James F. Johnson, Pro Se
#07561-016
Federal Correctional Institution
P.O. Box 7000
Fort Dix, NJ 08640

Dorothy J. Donnelly
Asst. U.S. Attorney
Office of the U.S. Attorney
402 East State Street
Room 430
Trenton, NJ 08608

**HILLMAN**, District Judge

On May 12, 2006, Petitioner, confined at the Federal Correctional Institution, Fort Dix, New Jersey, submitted for filing to the Clerk of this Court a Petition for a Writ of Mandamus, pursuant to 28 U.S.C. § 1651. On August 15, 2006, this Court issued an Opinion and Order recharacterizing the petition as a Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241. On September 29, 2006, Respondents filed a Response to the Petition. On October 26, 2006 and November 3, 2006, Petitioner filed replies to the Response, labeled "Objections to Answer." On December 19, 2006, Petitioner filed a motion to

amend the petition, and on December 28, 2006, Respondents filed a brief in opposition to the motion. The Court has reviewed all documents submitted and for the following reasons will deny the instant petition and motion.

## BACKGROUND

Petitioner is serving a sentence originally imposed by the District of Columbia. He was eventually released on parole in October 2003. Petitioner states that he was entitled to 78 days credit for "educational good time credits," after he successfully completed educational courses. However, unbeknownst to him, he was never credited with the time upon his parole release in 2003.

After he was released on parole, Petitioner was returned to prison as a parole violator. A new sentence was imposed, with a presumptive parole date set by the Parole Commission.

Petitioner argues that because he was not credited the 78 days towards his prior parole release date (although he admits that he was credited with the 78 days to his maximum release date), the 78 days credit should be applied to his current upcoming parole release date. Thus, Petitioner argues that the 78 days educational credit should be applied to his present sentence for violation of parole.

Respondents admit that the 78 days educational credit should have been applied to his earlier sentence, served from 1997 to 2003, before he was granted release on parole. However,

2

of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3).

A pro se pleading is held to less stringent standards than more formal pleadings drafted by lawyers. See Estelle v. Gamble, 429 U.S. 97, 106 (1976); Haines v. Kerner, 404 U.S. 519, 520 (1972). A pro se habeas petition and any supporting submissions must be construed liberally and with a measure of tolerance. See Royce v. Hahn, 151 F.3d 116, 118 (3d Cir. 1998); Lewis v. Attorney General, 878 F.2d 714, 721-22 (3d Cir. 1989); United States v. Brierley, 414 F.2d 552, 555 (3d Cir. 1969), cert. denied, 399 U.S. 912 (1970).

B.   **The Petition Will Be Denied.**

Petitioner fails to demonstrate how the Bureau of Prisons' calculation of his sentence violates the Constitution or laws of the United States, and therefore, habeas relief must be denied.

Petitioner cites to the BOP's Program Statement 5884.02 for support for his argument. That Program Statement notes that: "Once appropriately awarded, DCEGT [D.C. education good time] vests, and cannot be forfeited. Staff may correct errors in awarding DCEGT at any time." P.S. 5884.02, § 8(e). However, this Program Statement does not support Petitioner's argument that the educational good time credit should be applied to his new sentence for violation of parole.

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JAMES JOHNSON, )
)
Petitioner, )
)
v. ) Civil Action No. 06-2233 (NLH)
)
WARDEN CHARLES SAMUELS, JR. )
)
Respondent. )

## DECLARATION OF AUGUSTUS FALLER

I, Augustus Faller, do hereby declare and state the following:

1. I am currently employed by the Federal Bureau of Prisons as Operations Manager at the Designation and Sentence Computation Center in Grand Prairie, Texas. Before assuming my present position, I worked as the Manager of the District of Columbia Records Center. I have been employed by the Bureau of Prisons since August 1989. I have worked in the area of inmate sentence computation since August 1991. In my current position, I am responsible for the sentence computation of felons convicted in the District of Columbia Superior Court.

2. I have personally reviewed the file of inmate James Johnson Register No. 07561-016.

3. According to the file, Petitioner received 78 days of good time education credit when he paroled in October 2003.

4. Any education credit applied to a prior computation cannot be applied to a current computation since he already

BP-S711.053 **D.C. EDUCATIONAL GOOD TIME (DCEGT)** CDFRM
MAY 01

**U.S. DEPARTMENT OF JUSTICE**                           **FEDERAL BUREAU OF PRISONS**

| Inmate Name (last, first) | Reg. No. | Institution |
|---|---|---|
| Johnson, James | 07561-016 | FCI - Estill |

**PART 1 - SUPERVISOR OF EDUCATION:** This inmate successfully completed _____

_____**Pesticide Technology**_____, a program designated for earning a
          (name of program)

maximum of ___35___ days DCEGT. The following dates are for determining
              (# days)

actual DCEGT.

**ELIGIBLE DATES OF ENROLLMENT**

| Enrollment Began | Enrollment Ended | Comments |
|---|---|---|
| 03-20-2001 | 03-27-2002 | Occupational Training Program - 100 hours. |
| | | |
| | | |

**INELIGIBLE DATES**

| | | | |
|---|---|---|---|
| | | | |
| | | | |

| Supervisor of Education (signature and printed name) | Date |
|---|---|
| Katheryn L. Mack  *KLMack* | 08/08/02 |

**PART 2 - INMATE SYSTEMS MANAGEMENT:** This inmate: **(Check one)**

[X] Violated prison rules _3-19-02_____, as determined by DHO report
no(s). _974829_____  (date(s))

[ ] Did not violate prison rules while enrolled in this program.

DCEGT in the amount of __30__ days is awarded, based on __12__
calendar months enrollment.

| Inmate Systems Management Staff (signature and printed name) *Sandra Lathrop / Sandra Lathrop* | Date 8-9-02 |
|---|---|
| **SENTRY** Release Date Adjusted by: Inmate Systems Management Staff (signature and printed name) *Sandra Lathrop / Sandra Lathrop* | Date 8-12-02 |

Record Copy - J & C; Copy - Central File; Copy - Inmate
(This form may be replicated via WP)

```
FTDLM   542*22  *          SENTENCE MONITORING          *    07-06-2006
PAGE 001 OF 001 *             GOOD TIME DATA            *    13:04:25
                           AS OF   10-10-2003

REGNO...: 07561-016   NAME: JOHNSON, JAMES F
ARS 1...: FTD A-DES
COMPUTATION NUMBER..: 030
LAST UPDATED: DATE.: 10-10-2003        FUNC..: PRT    ACT DT:
UNIT................: UNIT 5           FACL..: EST    CALC: AUTOMATIC
DATE COMP BEGINS....: 02-18-1997       QUARTERS............: Q01-362L
TOTAL JAIL CREDIT...: 239              COMP STATUS.........: SATISFIED
STATUTORY REL DT....: 06-23-2007 SAT   TOTAL INOP TIME.....: 0
PAROLE EFFECTIVE DT.: 10-10-2003 FRI   EXPIRES FULL TERM DT: 06-23-2007
PROJ SATISFACT DT...: 10-10-2003 FRI   PAROLE EFFECT VER DT: 10-10-2003
ACTUAL SATISFACT DT.: 10-10-2003 FRI   PROJ SATISF METHOD..: PAROLE
FINAL STAT GOOD TIME: 0                ACTUAL SATISF METHOD: PAROLE
DAYS REMAINING......: 1352             FINAL EXTR GOOD TIME: 78
                                       FINAL PUBLC LAW DAYS: 0

-----------------------EXTRA GOOD TIME EARNINGS-------------------------

   INST     TYPE       DATE IN       DATE OUT       PRI/SEN IND
                         NONE


   EGT EARNED...............................:         0 DAYS
BREAK OVER DATE..............................:

-----------EXTRA GOOD TIME LUMP SUM AWARDS AND ADJUSTMENTS--------------

                          NONE

--------------EXTRA GOOD TIME DC EDUCATION CREDIT AWARDS----------------

   INST PGM   ENROLLED    COMPLETED     INELIGIBLE ELIGIBLE MAX INCIDENTS AWARD
   LTN  DOC               08-29-2001                                       48
   EST  ONA   03-20-2001  03-27-2002         1        12     7      1      30

   DC EDUCATION CREDITS.....................:        78 DAYS

                                                    -----------
   TOTAL EGT................................:        78 DAYS

--------STATUTORY GOOD TIME FORFEITURES, WITHHOLDINGS, RESTORATIONS--------

   INFRACTION      DECISION       ACTION    AMOUNT    INFR SEVERITY    FREQ
   DATE    NO      DATE           TYPE                /RSN FOR ADJ
   NONE

   NET SGT FORFEITURES, WITHHOLDINGS, RESTORATIONS:        0 DAYS


S5136      ABOVE COMP BELONGS TO A PRIOR COMMITMENT - RELEASED 10-10-2003
G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
 FTDLL   542*22 *         SENTENCE MONITORING        *    05-10-2006
 PAGE 001 OF 001 *          GOOD TIME DATA           *    12:02:49
                         AS OF   05-10-2006

  REGNO...: 07561-016    NAME: JOHNSON, JAMES F
  ARS 1...: FTD A-DES
  COMPUTATION NUMBER..: 040            FUNC..: PRT   ACT DT:
  LAST UPDATED: DATE.: 03-03-2006      FACL..: DSC       CALC: AUTOMATIC
  UNIT................: UNIT 5         QUARTERS............: Q01-362L
  DATE COMP BEGINS....: 08-17-2005     COMP STATUS.........: COMPLETE
  TOTAL JAIL CREDIT...: 0              TOTAL INOP TIME.....: 0
  STATUTORY REL DT....: 04-29-2009 WED EXPIRES FULL TERM DT: 04-29-2009
  CURRENT REL DT......: 04-29-2009 WED
  PRESUMPTIVE PAROLE..: 12-16-2006 SAT
  PROJ SATISFACT DT...: 12-16-2006 SAT PROJ SATISF METHOD..: PRESUM PAR
  ACTUAL SATISFACT DT.:                ACTUAL SATISF METHOD:
  FINAL STAT GOOD TIME:                FINAL EXTR GOOD TIME:
  DAYS REMAINING......:                FINAL PUBLC LAW DAYS:

 ---------------------EXTRA GOOD TIME EARNINGS---------------------------

      INST     TYPE       DATE IN       DATE OUT       PRI/SEN IND
                            NONE


       EGT EARNED................................:        0 DAYS

 BREAK OVER DATE................................:

 ----------EXTRA GOOD TIME LUMP SUM AWARDS AND ADJUSTMENTS--------------

                            NONE

 --------------EXTRA GOOD TIME DC EDUCATION CREDIT AWARDS---------------

                            NONE

                                                    --------------
       TOTAL EGT.............................:        0 DAYS

 --------STATUTORY GOOD TIME FORFEITURES, WITHHOLDINGS, RESTORATIONS--------

      INFRACTION      DECISION       ACTION    AMOUNT   INFR SEVERITY   FREQ
      DATE    NO      DATE           TYPE               /RSN FOR ADJ
      NONE

      NET SGT FORFEITURES, WITHHOLDINGS, RESTORATIONS:      0 DAYS




 G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

JS-44
(Rev.1/05 DC)

Case 1:07-cv-01168-RBW   Document 1-2   Filed 06/29/2007   Page 1 of 2

CIVIL COVER SHEET

F
07-1168
RBW

## I (a) PLAINTIFFS

JAMES F. JOHNSON

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro SE (PA)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

USA, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

Case: 1:07-cv-01168
Assigned To : Walton, Reggie B.
Assign. Date : 6/29/2007
Description: Pro Se Gen. Civil

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

|  □ G. *Habeas Corpus/* 2255<br>□ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ H. *Employment Discrimination*<br>□ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ I. *FOIA/PRIVACY ACT*<br>□ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (If Privacy Act)<br><br><br>*(If pro se, select this deck)* | □ J. *Student Loan*<br>□ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| □ K. *Labor/ERISA (non-employment)*<br>□ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ L. *Other Civil Rights (non-employment)*<br>□ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ M. *Contract*<br>□ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ N. *Three-Judge Court*<br>□ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding    □ 2 Removed from State Court    □ 3 Remanded from Appellate Court    □ 4 Reinstated or Reopened    □ 5 Transferred from another district (specify)    □ Multi district Litigation    □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS    □ ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint **JURY DEMAND:** □ YES    □ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ■ YES    □ NO    If yes, please complete related case form.

DATE 6.29.07    SIGNATURE OF ATTORNEY OF RECORD    NCO

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.