**FILED**

JUN 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AFFIDAVIT FOR PUAPERIS PLEA
FOR LEAVE TO PROCEED WITHOUT FIRST PREPAYMETN OF COURT COST

JAMES F. JOHNSON
FED. REG. 07561-016
P.O. BOX 2000 FCI
FORT DIX , NJ 08640

VS.                                C.A. _____07 1168_____

FEDERAL BUREAU OF PRISONS, ET AL

DIRECTOR
FEDERAL BUREAU OF PRISONS
320 FIRST STREET ,NW
WASHINGTON , D.C. 20001

I, JAMES F. JOHNSON , THE PETITIONER IN THE INSTANT CAUSE , PETITION
FOR SUIT IN EQUITY, DO SO SAY, UNDER PENALTY OF PERJURY , THAT I AM THE
PETITIONER IN THE INSTANT CAUSE, THAT I AM A CITIZEN OF THE UNITED
STATES, THAT I AM A DISTRICT OF COLUMBIA PRISONER HOUSED IN AND AT THE
FEDERAL CORRECTIONS INSTITUTION AT FORT DIX, NJ. THAT I AM MEDICALLY
UNABLE TO WORK, THAT I AM UNABLE TO PAY COST OF COURT NOR TO GIVE
SECUIRTY FOR SAME, THAT I OWN NO BANK ACCOUNTS, NOR HAVE ANY PROPERTY
OR REAL ESTATE , THAT I HAVE NO FUNDS AVAILABLE TO PAY FOR THE COST
OF THIS COURT PROCEEDING, THAT ATTACHED HERETO, IS AN OFFICIAL COPY
OF MY PRISON INSTITUTIONAL ACCOUNT FOR AND DURING THESE PAST SIX (6)
MONTHS , AS ISSUED BY AND FROM THE INSTITUTIONAL OFFICIAL RESPONSIBLE
TO ISSUE SAME AND FOR PROMPT OFFICAL VERIFICATIONS BY THIS COURT,
AND FURTHER, THAT I SHALL AGREE TO ANY TERMS SET BY THIS COURT AS IT
ADDRESSES THIS AFFIDAVIT AND ITS CONTENTS. SWORN TO UNDER PENALTY
OF PERJURY UPON MY SIGNATURE BELOW.

IN GOD WE TRUST ,
*/s/ James F. Johnson*
JAMES F. JOHNSON

ATTACHMENT ( INSTITUTION FUNDS VERIFICATION FOR LAST 6 MONTHS )

" LEAVE TO PROCEED WITHOUT FIRST PREPAYMENT OF COURT COST" GRANTED."

**RECEIVED**              _____
                          UNITED STATES DISTRICT COURT JUDGE
JUN 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3