UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES F. JOHNSON )<br>R# 07561-01 )<br>F.C.I. - Ft. Dix )<br>POB 2000 )<br>Fort Dix, NJ 08640 )<br>)<br>Plaintiff )<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendant. )<br>) | Civil Action No.: 07-1168 (RBW) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendants in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **James F. Johnson**, by U.S. Mail postage pre-paid and addressed as follows:

JAMES F. JOHNSON
R# 07561-016
F.C.I. - Ft. Dix
POB 2000
Fort Dix, NJ 08640


    /s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov