ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


PLAINTIFF'S MOTION TO AMEND ORIGINAL COMPLAINT

JAMES F. JOHNSON , PLAINTIFF
FED. REG. 07561-016
P.O. BOX 2000 FCI
FORT DIX , N.J. 08640

MONETARY DAMAGES
SOUGHT AS PER
ORIGINAL 42§USCS 1983 CLAIM

VS

CIVIL ACTION
05-2315(RBW)
07-1168(RBW)

UNITED STATES OF AMERICA , ET AL;

DIRECTOR
FEDERAL BUREAU OF PRISONS , ET AL;

CHIRPERSON , ET AL;
UNITED STATES PAROLE COMMISSION eT AL;

RECEIVED

AUG 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


MOTION TO AMEND ORIGINAL PROCEEDINGS
) PURSUANT TO RULE 15 & APPLICABLE COURT RULES)

COMES NOW YOUR PETITIONER , JAMES F. JOHNSON , FIRST FILING
PRO SE AND UNDER POVERTY AND INDIGENCY , DULY AND RESPECTFLLY
MOVES THIS HONORABLE COURT , IN THE ABOVE ENTITLED TWO CAPTIONS,
TO AMEND HIS ORIGINAL PLEADINGS AND TO ADD THE BELOW LISTED
PERSONS, AS ADDITIONAL DEFENDANTS , FOR REASONS OF RETAILIATORY
AND WILLFUL DENIALS OF PROTECTED LIBERTY INTEREST IN DENIALS
OF COMMUNITY CORRECTIONAL CENTER ( HALFWAY HOUSE ), DENIAL
OF GRANTED FREEDOM TO PAROLE GRANT AFTER APPROVALS , AND
DENIALS OF SUCH BECAUSE OF HIS MEDICALLY HANDICAPPED MEDICAL
CONDITIONS AND IMPAIRMENTS , ALL BECAUSE OF PENDING AND SOUGHT
AFTER LEGAL PROSECUTIONS BY THIS PETITIONER IN THE ABOVE
ENTITLED CAPTIONS AND OTHERS , PENDING IN FEDERAL COURTS:
PLEASE ADD :

DEFENDANTS:

DIRECTOR
FEDERAL BUREAU OF PRISONS
320 FIRST STREET, NW
WASHINGTON, D.C. 20001

LIEUTENANT A. JOSEPH
FEDERAL BUREAU OF PRISONS
P.O. BOX 2000 FCI
FORT DIX, N.J. 08640

CORRECTIONS OFFICER, R. MILLER
FEDERAL BUREAU OF PRISONS
P.O. BOX 2000 FCI
FORT DIX, N.J. 08640

EMERGENCY MEDICAL TECHNICIAN MR. WILKES
MEDICAL DEPARTMENT - FCI FORT DIX
P.O. BOX 2000 FCI
FORT DIX, N.J. 08640

UNIT MANAGER R. HERBIK
FEDERAL BUREAU OF PRISONS
P.O. BOX 2000 FCI
FORT DIX, N.J. 08640

UNIT COUNSELOR WHIGET
FEDERAL BUREAU OF PRISONS
P.O. BOX 2000 FCI UNIT 12
FORT DIX, N.J. 08640

DIRECTOR MS. BUGGS
COMMUNITY CORRECTIONS CENTERS
FOR THE DISTRICT OF COLUMBIA
10010 JUNCTION DRIVE; ANNAPOLIS JUNCTION
BALTIMORE, MARYLAND 20782

GREGORY FERRELL, DIRECTOR
EFFORTS FOR EX-CONVICTS (EFFECT), INC.
1329 9TH STREET, N.W.
WASHINGTON, D.C. 20001

NICQUITA R. ROBINSON
COMMUNITY SUPERVISION OFFICER (CSOSA)
800 NORTH CAPITAL STREET, N.W. SUITE 2276
COURT SERVICES AND OFFENDER SUPERVISION AGENCY
WASHINGTON, D.C. 20001

ELIZABETH POWELL, SUPERVISOR (TIPS -50)
COURT SERVICES AND OFFENDER SUPERVISION AGENCY
800 NORTH CAPITAL STREET, N.W. SUITE 7776
WASHINGTON, D.C. 20001

CHAIRPERSON, MR. BRUNSON
UNITED STATES PAROLE COMMISSION
5550 FRIENDSHIP BOULEVARD
CHEVY CHASE, MARYLAND 20785

J. ORDONEZ, CASE MANAGER
FEDERAL BUREAU OF PRISONS
P.O. BOX 2000 FCI
FORT DIX, N.J. 08640

UNKNOWN DEFENDANTS

2

## CAUSES OF ACTIONS

PETITIONER CONTENDS THAT THE BETWEEN DATES OF FROM AUGUST 15 , 2005 THRU AUGUST 16, 2007 , THE ABOVE LISTED AND ORIGINALLY CITED DEFENDANTS IN THE ABOVE ENTITLED CAPTIONS, HAS CONSPIRED TO WILLFULLY AND DECIETFULLY, AND WITH MALICE, AND WITHOUT REGARD FOR TRUTH AND SWORN OBLIGATIONS TO THE UNITED STATES CONSTITUTION AND DUTY , AND WITHOUT REGARDS FOR HEALTH, EDUCATION, WELFARE , CUSTODY AND CARE, TO DEPRIVE THIS PETITIONER OF LAWFUL AND INVESTED HUMANE AND CONSTITUTIONAL RIGHTS PROTECTED UNDER THE BANNER OF THE UNITED STATES CONSTITUTION, AS PER REASONS BREIFLY STATED AS FOLLOWS, ATRIAL BY JURY IS DEMANDED:

CHAIRPERSON BRUNSON , UNITED STATES PAROLE COMMISSION,

IS THE PERSON IN CONCERT WITH OTHER MEMBERS OF THE U.S. PAROLE COMMISSION TO DEPRIVE THIS PETITIONER OF HIS PROTECTED AND EARNED " LIBERTY INTEREST , OF FREEDOMS AS HE WAS OFFICIALLY RELEASED UPON AN GRANT OF PAROLE ON OR ABOUT OCTOBER 23,2003 AND REMAINED SO UNTIL SUCH TIMES AS ON OR ABOUT AUGUST,2005 WHERE , BECAUSE HE HAD FORMERLY INITIATED COMPLAINTS AGAINST THE U.S. PAROLE COMMISSION AND THE COURT SERVICES AND OFFENDER SUPERVISION AGENCY ( CSOSA ) FOR ( ROBBING HIS TEENAGE DAUGTHER OF AN STORE BOUGHT CELL TELEPHONE, AND THE TAKING OF PROPERTY WITHOUT RIGHT, AND ALSO FOR FORCING THIS PETITIONER TO ENGAGE IN AN " EXTENTION OF OF HIS ORIGINAL SENTENCE NOT FIRST AUTHORIZED AND OR APPROVED THROUGH AN GRAND JURY AND OR PETIT JURY, TO ADD TO HIS ORIGINAL SENTENCE, AND FURTHER, TO HAVE THIS PETITIONER DENIED PAROLE AFTER IT HAD BEEN GRANTED BY THE APPROVED MEMBERS OF THE U.S. PAROLE COMMISSION AND STANDARD POLICY AND PROCEDURES REGARDING THE GRANTING OF PAROLE ACCORDINGLY TO POLICY AND PROCEDURES GOVERNING DISTRICT OF COLUMBIA PRISONRS, AND THE PLACEMENT OF D.C. PRISONERS IN HALF WAY HOUSES, D.C. TRANSITIONAL HOUSES, AND D.C. SHELTERS FOR LOW INCOME AND D.C. EX-OFFENDERS , AND FURTHER, TO DENY THIS PETITIONER URGENLY NEEDED HEALTH PROCEDURES NEEDED FOR HANDICAPPED AND MEDICALLY IMPAIRED D.C. ELDERLY PRISONERS BEING RELEASED FROM INCARCERATION.

DIRETOR LAPPIN , FEDERAL BUREAU OF PRISONS,

IS THE PERSON RESPONSIBLE FOR THE TRAINING, TREATMENTS, CUSTODY AND CARE OF D.C. ADULT FELONS WHILE UNDER INCARCERATIONS, AND FOR TRAINING, PROPERLY , OF THE ENTIRE STAFF MEMBERS OF THE FEDERAL BUREAU OF PRISONS (BOP): WHOM IN CONCERTS WITH THE HEREIN NAMED DEFENDANTS, AND OTHERS UNKNOWN TO THIS PETITIONER, DID SO CONSPIRE TO DEFRAUD THE GOVERNMENT OF BED SPACE FOR D.C. OFFENDERS BEING RELEASED FROM CUSTODY BY NOT PLACING THEM IN COMMUNITY CORRECTIONS CENTERS ( HALF WAY HOUSE/CCC ) TRANSITIONAL HOUSES , AND OR D.C. SHELTERS FOR THOSE ELDERLY D.C. PRISONERS BEING " ELIGIBLE " FOR RELEASE BUT NOT BEING ALLOWED TO LIVE IN THESE PROGRAMS AS PROVIDED WITH FUNDINGS BY AND FROM THE FEDERAL GOVERNMENT UNDER CONTRACTUAL AGREEMENTS TO HOUSE AND BED SAME , AND THE MEDICALLY HANDICAPPED, AND FFURTHER, IS RESPONSIBLE FOR THE DENIALS OF URGENTLY NEEDED MEDICAL CARE BY THIS PETITIONER BY DENYING HIS PLACEMENS IN SUCH COMMUNITY BASED HOMES , AND OR " HOME CONFINEMENTS."

DIRECTOR , D.C. COMMUNITY CORRECTIONS PLACEMENT OFFICER
FOR ALL D.C. ADULT FELON PRISONERS HOUSED IN THE BOP ,

IS THE PERSON RESPONSIBLE FOR THE PLACEMENT OF ANY AND ALL
D.C. ADULT FELONS RETURNING TO THE D.C. AREA FOR PLACEMENTS
IN COMMUNITY CORRECTIONS CENTERS (CCC), D.C. TRANSITIONAL HOMES,
D.C. HOMELESS SHELTERS, AND D.C. HOUSE DETENTION ( HOME DETENTION/
GPS MONITORING ), DID CONSPIRE, SINCE AND ON OR ABOUT OCTOBER 10,
2006, WITH THESE DEFENDANTS AND OTHERS UNKNOWN TO THIS PETITIONER,
TO DEPRIVE THIS PETITIONER OF HIS PROPERLY APPROVED PLACEMENTS IN
AN D.C. APPROVED COMMUNITY CORRECTIONS CENTER, D.C. APPROVED HOMELESS
SHELTER, D.C. APPROVED HOME DETENTION PLAN, AND TO RECEIVE TREATMENTS
IN SAME FOR THE ELDERLY AND OR MEDICALLY HANDICAPPED RELEASED EX-
OFFENDER. THIS PETITIONER WAS GRANTED APPROVALS FOR RELEASE TO ATLEAST
ONE OF THE ABOVE MENTIONED ON DATES OCTOBER 10, 2006, DECEMBER 15,
2006, 9 ( THIS DIRECTOR TOLD BOP OFFICIALS , IN WRITING, THAT " THERE
WILL NOT BE ANY BEDSPACE AVAILABLE FOR JAMES F. JOHNSON, 07561016, UNTIL
(AFTER) JANUARY 2007) THIS SAME DIRECTOR , IS THE PERSON RESPONSIBLE
FOR THIS PETITIONER BEING DENIED ENTRY TO ONE OF THE ABOVE MENTIONED
COMMUNITY PLACEMENTS CENTERS ON OR ABOUT AFTER JANUARY 2007, JUNE 21,
2007, AND AUGUST 16, 2007, ( IN JUNE , 2007, THIS DIRECTOR TOLD BOP
EMPLOYEES THAT THERE WILL NOT BE ANY BEDSPACE FOR INMATE JAMES F.
JOHNSON UNTIL ( AFTER OCTOBER,1, 2007 ) BUT RECENTLY IN AN EXPOSED
ADVERTIZING PROCLAMATION ( SEE ATTACHED EXIBIT FROM PRISON FELLOWSHIP
MINISTRIES  CHAPTER IN BALTIMORE MARYLAND ) THAT THE EFFECT CCC
WAS INFACT AN FACILITY WHICH HOUSED ( BOTH) CCC PLACEMENT AND
EMERGENCY SHELTER ( EMERGENCY SHELTER ) PLACEMENTS! THIS THEN, SENDS THE SIGNAL
THAT E.F.E.C.T. DOSES HAVE AVAILABLE BED SPACING " WHENEVER FOR
EMERGENCY NEEDS, THUS, THERE INFORMATION REGARDING " NO BED SPACE
AVAILABLE , " FOR JAMES F. JOHNSON " WAS EITHER FRUADUALENT, AND
OR MISLEADING , OR DOWN RIGHT DENIAL OF A BED SPACE!

   THIS CCC D.C. PLACEMENT OFFICER ALSO TOLD MY BOP CASEMANAGER
THAT THE E.F.E.C.T. HALFWAY HOUSE WERE " THE ONLY HALF WAY HOUSE THAT
INMATE JAMES F. JOHNSON CAN BE PLACED IN IN D.C. BECAUSE OF HIS HISTORY
AS A SEX OFFENDER AND THAT HALFWAY HOUSE IS ( STRICTLY) FOR D.C.SEX
OFFENDERS!" MOREOVER, THE FACT THAT HE IS MEDICALLY HANDICAPPED WILL
NOT HELP IN GETTING HIM A BED IN THAT FACILITY!"

GREGORY FERRELL, DIRECTOR, EFFORTS FROM EX-CONVICTS, INC. ,

IS THE PERSON RESPONSIBLE TO THE CORRECTIONS PLACEMENT OFFICER FOR
ALL D.C. ADULT FELONS BEING PLACED IN CCC AND THE FACILITY AT 1329
9TH STREET, N.W , WASHINGTON ,D.C. MOREOVER, THIS DIRECTOR IS RESPON-
SIBLE FOR THE TALLYING AND RECORDS OF ANY AND ALL PERSONS RECEIVED
IN THAT FACILITY, ESPECIALLY THOSE UNDER CONTRACT WITH THE FEDERAL
GOVERNMENT. MR. FERRELL ALSO ADVERTISES THAT THAT PARTICULAR CCC
IS ESPECIALLY DESIGNED TO HOUSE ONLY D.C. REGISTERED SEX OFFENDERS, AS
TOLD BY THE CCC PLACEMENT DIRECTOR TO BOP OFFICIALS. MR. FERRELL
ALSO ADVERTISES, ( SEE ATTACHED EXHIBITS FROM THE " PRISON FELLOWSHIP
DIRECTORSHIP ) THAT THAT FACILITY IS ALSO AN ( EMERGENCY SHELTER )
WHICH , IF TRUE, ( MUST ) ALWAYS BE IN THE POSITION TO ACCEPT PERSONS
WHOM REQUEST SHELTERING BECAUSE OF HOMELESSNESS, INCLUSIVE OF D.C.
EX-OFFENDERS ACCORDINGLY TO A DISTRICT OF COLUMBIA AMENDED LAW (SEE:

D.C. LAW 15-357 ....OMNIBUS PUBLIC SAFETY EX-OFFENDER SELF SUFFICIENCY REFORM AMENDMENT ACT OF 2004..SEC. 402. SECTION 3(b-1)(A) of THE HOUSING PRODUCTION FUND ACT OF 1988....." WHICH INCLUDES INDIVIDUALS WHO HAVE PREVIOUSLY BEEN INCARCERATED FOR OR CONVICTED OF A FELONY UNDER STATE OR FEDERAL LAW AND WHO ARE OTHERWISE ENTITLED TO SERVICES AND ASSISTANCE PURSUANT TO THIS ACT." ( EMPHASIS ADDED.

IF THE ABOVE INFORMATION IS TRUE, THEN THESE DFEFENDANTS DID INDEED CONSPIRED TO DEPRIVE THIS PLAINTIFF OF HIS ECPECTED LIBERTIES " SIMPLY AND SOLELY BECAUSE OF HIS BEING MEDICALLY HANDICAPPED AND FOR ( OTHER UNKNOWN ) REASONING BY THIS PLAINTIFF( NOTE: SINCE BEING AN EX-OFFENDER BEING RELEASED PREVIOUSLY TO D.C. CCC , NONE HAS EVER BEEN REMODLED TO BECOME POSITIVE FOR THE RECEIVING OF HANDICAPPED PERSONS, THAT IS THIS PLAINTIFF IS MEDICALLY CONFINED TO " THE FIRST FLORR AND MEDICALLY HANDICAPPED ROOMS ( SEE ATTACHED EXHIBIT FROM THE MEDICAL AUTHORITIES) MOREOVER, ALL D.C. FACILITIES HAVE IN PLACE ON THE ( FIRST FLOOR ) ADMINISTRATIVE OFFICES, EATING AREAS, VISITING AREAS, AND TV & RECREATION AREAS, BUT NEVER ANY SLEEPING AREAS, NOR DOES ANY HARBOR ANY SUCH ( ELEVATORS ) WHICH WOULD FACILITATE ANY MEDICALLY HANDICAPPED PERSON TO A SLEEPING AREA NOT ON THE FIRST FLOOR, NOR DOES THEY HAVE HANDICAPPED ( RAMPS ) WHICH WOULD THEN ALLOW FOR WHEEL CHAIR/ AND OR MOBILITY ASSISTED PERSONS TO FIRST ENTER THE FACILITY... YOU SEE, IT WOULD BE SIMPLIER JUST TO SAY, " SORRY , WE DO NOT HAVE ANY MORE BED SPACE AVAILABLE FOR MR. JOHNSON, LET'S SAY, UNTIL ( AFTER) HIS RELEASE DATE!" PLAINTIFF CONTENDS THAT THIS IS EXACTLY WHAT HAS TAKEN PLACE IN HIS CASE FOR AND DURING AND THROUGHOUT THIS PAST YEAR REGARDING THIS AND THESE PARTICULAR DEFENDANTS! EACH TIME THIS PLAINTIFF , JAMES F. JOHNSON HAS BEEN PRESENTED APPROVED BY THE BOP FOR CCC PLACMENT, IT HAS BEEN ROUTTED THROUGH THE BALTIMORE CCC D.C. PALCEMENT DIRECTOR, THROUGH MR. FERRELL, AND EACH TIME THE RESPONSE HAD BEEN THE SAME..NO AVAILABLE BED SPACE!" BUT NEVER ( BEFORE ) HIS APPARENT MEDICAL DISABILITY!

NICQUITA R. ROBINSON, IS THE COMMUNITY SUPERVISION OFFICER AT ( CSOSA) COURT SERVICES AND OFFENDER SUPERVISION AGENCY, WHOM IS THE COMMUNITY PAROLE OFFICER WHOM IS RESPONSIBLE FOR THE SUPERVISION OF THIS PLAINTIFF, AND RESPOND FOR HIM TO THE BOP AND THE U.S. PAROLE COMMISSION ,

MS. ROBINSON IS THE PERSON RESPONSIBLE FOR THE APPROVAL OF AN APPROVED PAROLE PLAN FOR PLAINTIFF JOHNSON ONCE HE HAD BEEN GRANTED APPROVED PAROLE BY AND FROM THE BOP AND THE U.S. APAROLE COMMISSION. MS. ROBINSON , AND OR OTHERS IN HER AGENCY, THROUGHOUT THE YEAR OF 2006, DID RESEARCH AND APPROVED FOR THIS PLAINTIFF TO RESIDE IN AND AT THE HOME ADDRESS OF 553 INGRAHAM PLACE, N.E. WASHINGTON, D.C HE HOME OF ONE MS. SHIELA BEASLY, TELEPHONE 202-966/9798, AND EACH TIME WAS APPROVED HOUSING THEREUPON RELEASE. HOWEVER, ALTHOUGH APPROVED AGAIN IN AND FOR CCC PLACEMENT IN JUNE,2007, ( DENIED BED SPACE BY E.F.E.C.) WAS NOT APPROVED FOR SAME HOUSING IN JULY/AUGUST 2007, MORE TO THE POINT OF JULY 12, 2007 , MS. ROBINSON ADDRESSED THE U.S. PAROLE DEFENDANTS IN THIS CASE, AND REQUESTED THAT PLAINTIFF JAMES F. JOHNSON BE PLACED IN CCC AND RECOMMENDED THAT THE BOP, THROUGH CASE MANAGER J. ORDONEZ, MAKE SUCH ARECOMMENDATION ALSO AND NOT RELEASE HIM ON PAROLE AS WERE GRANTED( THOUGH , ONCE GRANTED, CANNOT BE RESCINDED WITHOUT AN REFERRAL FROM THE BOP DISCIPLINARY HEARING OFFICER, AND OR

5

SOME ADMINISTRATIVE AND OR NEW CRIMINAL CONDUCT C H A R G E S AND THIS HAD NOT BEEN THE CASE WITH THIS PLAINTIFF. MS. ROBINSON AND HER SUPERVISOR MS. ELIZABETH POWELL, BOTH, CONSPIRED WITH THE CCC D.C. PLACEMENT OFFICER AND MS. J. ORDONEZ, AND THE U.S. PAROLE AND E.F.E.C. FACILITY DIRECTOR TO DEPRIVE THIS PLAINTIFF OF HIS RIGHTS AND PRIVILEGES TO BE HOUSED IN THE CCC, HOME DETENTION, AND D.C. PUBLIC LAW FOR THE HOMELESS EX-OFFENDER PROGRAMS, ALL BECAUSE OF HIS ABILITY TO FILE AND ADDRESS PUBLIC OFFICIALS IN THE MANNERS OF DISCRIMINATION , ABUSE , NEGLECT, AND CONSTITUTIONAL VIOLATIONS IMPOSED UPON OFFENDERS AND THE LESS FORTUNATE BY THESE DEFENDANTS AND ESPECIALLY UPON THE MEDICALLY HANDICAPPED AND ELDERLY FOLK.

   MOREOVER, ON OR ABOUT JULY 12, 2007, MS. ROBINSON PETITIONED THE U.S. PAROLE COMMISSION TO HAVE JOHNSON PLACED IN A CCC, INSPITE OF HIS PAROLE GRANT, THEN (AFTER) JOHNSON'S FAMILY ASCERTED THAT THEY DID HAVE AND WOULD PROVIDE FOR HIM TO STAY WITH HIS BROTHER, ON OR ABOUT JULY 26,2007, MS. ROBINSON AND HER SUPERVISOR , BOTH, NOTIFIED THE BOP AND THE U.S. PAROLE COMMISSION THAT JOHNSON'S PAROLE PLAN WAS INDEED APPROVED IN FULL, HOWEVER, THE BOP, VIA MS. J. ORDONEZ, CONTINUED TO CONNIVE TO DENY THIS PAROLE RELEASE GRANT IN ACCORDANCE WITH MS. ROBINSON AND HER SUPERVISOR AND THE CCC COORDINATOR FOR D.C. AND THE E.F"E.C. DIRECTOR BY REQUESTING THAT HIS PAROLE GRANT BE RESCINDED FOR ( ANOTHER ) SIXTY DAYS BECAUSE OF NO APPARENT REASON.

   THE U.S. PAROLE COMMISSION " PROMPTLY " AGREED AND DID EXTEND AND RESCIND JOHNSON'S GRANT OF PAROLE WITHOUT ANY REASONABLE VIOLATION OR CAUSE, SIMPLY BECAUSE HE HAS IN PLACE SERIOUS CIVIL CHARGES PENDING AGAINST MOST OF THEM AND MOREOVER, BECAUSE IT WOULD DEPRIVE HIM OF OBTAINING CERTAIN MEDICAL TREATMENTS BECAUSE OF HIS MEDICAL DISABILITIES. ( SEE CORRESPONDENCE WRITTEN AND ADDRESSED BY MS. ROBINSON AND HER SUPERVISOR TO THE BOP, NOTE THAT THIS WAS NOT ADDRESSED TO THE U.S. PAROLE COMMISSION WHERE MS. ROBINSON INITIALLY ADDRESSED ( SEE ATTACHED U.S. PAROLE CERTIFICATE REQUEST ) THE COMMISSION TO REQUEST THE CCC PLACEMENT , KNOWINGLY , THAT THE BOP , THROUGH MS. ORDONEZ WOULD THEN REQUEST THE CCC DIRECTOR FOR SUCH A PLACEMENT, WITH THE FULL KNOWLEDGE THAT BECAUSE OF " WHO " THE REQUEST WAS BEING PLACED, THE ANSWER WOULD BE " CERTAIN ", WE DO NOT HAVE ANY BED SPACE," KNOWING TOO, THAT THE BOP , VIA, MS. ORDONEZ WOULD IMMEDIATELY BE REQUESTED BY THE CCC DIRECTOR, TO REQUEST A " RESCISSION OF PAROLE GRANT " FROM THE U.S. PAROLE COMMISSION FOR INMATE JAMES F. JOHNSON, ALL KNOWING THAT THE REQUEST WOULD DEFINATELY BE GRANTED AND APPROVED.  NONE OF THE ABOVE DEFENDANTS CHOSE TO UTILIZE THE D.C. EX-OFFENDER PROGRAM WHICH GRANTS EX-OFFENDERS THE RIGH TO USE THE HOMELESS SHELTERS AS A MEANS OF HAVING A PLACE TO STAY IN AN AFFORDABLE HOUSING PROGRAM SHOULD THE NEED ARISE, HERE , IT WAS VERY EVIDENT THAT JOHNSON COULD HAVE BEEN PLACED IN A " REAL " EMERGENCY SHELTER " IN THE D.C. PROGRAM SO STATED WITHIN D.C. LAW AS MENTIONED PREVIOUSLY ABOVE HEREIN, THIS WAS DENIED , IN FACT, NOT EVEN INVESTI- GATED EVENTHOUGH JOHNSON HAD ( CONSTANTLY) REQUESTED THIS PROGRAM THROUGH HIS BOP CASE MANAGER AND UNIT TEAM COMMITTEE MEMBERS ( SEE ATTACHED LETTERS OF CORRESPONDENCE ADDRESSED BY INMATE JOHNSON TO VARIOUS SOURCES REQUESTING CCC PLACEMENT, AND SUGGESTING OTHER MEANS OF APPROACHING THIS RELEASE PLAN, TO NO AVAIL!)

LIEUTENANT A. JOSEPH IS THE OPERATIONS OFFICER OF CUSTODY AND CARE AT THE FORT DIX FCI ,

HE IS THE PERSON RESPONSIBLE FOR REFUSING THIS PLAINTIFF A MEDICAL PROCEDURE WHICH MEDICAL AUTHORITIES CLAIM " COULD HAVE SAVED YOUR LIFE," WHERE THIS PROCEDURE WAS VERY NECESSARY BECAUSE OF PUSS AND INFLAMATION WITH ABSESSES ABOUT MY RETAL AREA WHICH NEEDED EMERGENCY CARE. LT° A. JOSEPH ALSO DENIED ME MEDICAL TREATMENTS AND MY EMERGENCY MEDICATIONS SUCH AS NITROGLYCERINE FOR MY BAD HEART CONDITION, MY HIGH BLOOD PRESSURE MEDICINE, AND OTHER CHRONIC CARE MEDICATIONS FOR OVER SEVEN TO EIGHT DAYS. I WAS AT THE FRONT DOOR OF THE EMERGENCY MEDICAL UNIT WHEN OFFICER R. MILLER APPROACHED ME IN A VEHICLE AND TOLD ME THAT LT. A. JOSEPH WANTED ME TO REPORT TO THE LIEUTENANT'S OFFICE " RIGHT NOW" SO HE COULD LOCK YOUR ASS UP!" I STATED THAT I HAD IN MY POSSESSION A MEDICAL AUTHORIZATION TO REPORT TO THE EMERGENCY MEDICAL UNIT FOR AN EMERGENCY PROCEDURE WHICH POTENTIALLY PLACED MY HEALTH AND LIFE IN JEOPARDY AND THAT HE COULD ASK THE MEDICAL OFFICER MR. WILKES IF HE NEEDED FURTHER PROOF. MR. MILLER THEN STATED: I'M GIVING YOU A DIRECT ORDER TO GET YOUR ASS OVER TO THE LIEUTENANT'S OFFICE RIGHT, OR I SHALL WRITE ANOTHER DISCIPLINARY REPORT ON YOU FOR DISOBEYING MY DIRECT ORDER!"

   OFFICER MILLER THEN PROCEDED TO GET MEDICAL OFFICER WILKES AND THEY BOTH ESCORTED ME TO THE LT'S OFFICE WHERE THEY PROCEDED TO LOCK ME UP UNDER LT. A. JOSEPH'S AUTHORITY. AFTER BEING PLACED IN THE S.H.U. AND HAD MY MEDICATIONS CONFISCATED, I IMMEDIATELY SPOKE WITH MEDICAL OFFICER WILKES AND REQUESTED THE MEDICAL PROCEDURE WHICH NEED TO ASSURE CNINUED GOOD HEALTH. MR. WILKES REFUSED THE TREATMENT, STATING, " GET UP IN THE MORNING AND SIGN UP FOR SICK CALL, SOME ONE WILL PROBALLY SEE YOU AFTER THAT, RIGHT NOW, THE ANSWER IS NO, PER LT. JOSEPH AND ME." I WAS NOT MEDICALLY TREATED FOR SEVERAL MORE DAYS AND THE PUSS AND INFLAMATION AND ABSSESSES JUST GOT WORST AND THE PAIN WAS SEVERE AND STAGGERING! I SUFFERED CONSTANT CHEST PAINS, RECTAL PAINS, AND OTHER PAINS AND NAUSEAS WITH FAINTING AND DIZZY SPELLS.

WHEREAS , THIS PLAINTIFF BELIEVES THAT HE HAS PRESENTED MORE THAN THE REQUIRED " PRIMA FACIE " SHOWING OF DENIALS OF MEDICAL TREATMENTS AND MEDICATIONS WHICH COULD HAVE CAUSED ME GREAT HARM , AND DID CAUSE SEVERE PAIN AND HARDSHIPS AND FRIGHT FOR MY LIFE, AND ALL BECAUSE I HAVE COMPLAINED TO THE COURTS AND OTHERS CONCERNING THE ILL TREATMENTS I HAVE RECEIVED UNDER THE HANDS OF THESE DEFENDANTS, I DEMAND A TRIAL BY JURY  AND SEEKS THIS ACTION IN THEIR OFFICIAL AND INDIVIDUAL  CAPACITIES , AND THAT EACH PERSON BE SUBJECT TO CONDITIONS SUCH AS ORIGINALLY ADDRESSED IN THESE COMPLAINTS AGAINST THESE OFFICIALS, SWORN TO UPHOLD THE UNITED STATES CONSTITUTION AS FEDERAL OFFICERS.

JAMES F. JOHNSON , PRO SE
ATTACHMENTS!
                   CERTIFICATE OF SERVICE

I , JAMES F. JOHNSON THE PLAINTIFF IN THE INSTANT CAUSE, DO SO CERTIFY THAT I HAVE MAILED THE ORIGINAL AND ONE COPY TO THE CLERK OF THIS COURT WITH THE UNDERSTANDING THAT I AM CONTINUED PLEADING INDIGENCY AND DULY REQUEST THAT A COPY OF ANY AND ALL SUCH PLEADINGS IN BOTH OF THESE CAUSES BE DULY FORWARDED TO ANY AND ALL APPROPRIATE PARTIES, INCLUSIVE OF RULE 12(a)(3)&(B) & (A) PROCEDURES, ON THIS 23,AUGUST ,2007, IT IS SO MOVED! .
       JAMES F. JOHNSON , PRO SE.



**Court Services and Offender Supervision Agency**
**for the District of Columbia**
*Community Supervision Service*
*Intake, Diagnostic, Evaluation*
*Transitional Intervention for Parole Supervision (TIPS)*
*Branch I-Team #50*

July 26, 2007

J. Ordonez, Case Manager
FCI Fort Dix
P.O. Box 38
Fort Dix, NJ 08640

Subject: Johnson, James
DCDC#: 119-202
PDID#: 165-376
Register No.: 07561-016
Release Method/ Release Date: August 16, 2007 via Parole
Offense: CPWOL, Possession of an Unregistered Firearm

Dear J. Ordonez:

A home investigation was conducted on July 19, 2007.

The offender has been **approved** to reside at 3421 15th Street, SE, #102, Washington, DC 20020.

The offender will be residing with William Johnson, brother.

The file will be forwarded to the Offender Processing Unit for case assignment. Please have the offender sign the attached reporting instruction sheet, provide him with a copy and fax a signed copy to the Offender Processing Unit (OPU) at 202-585-7504. You may forward all additional correspondence to OPU at 300 Indiana Ave., NW, Room 2070, Washington, DC 20001. If you have any questions or concerns, please contact OPU directly at (202) 585-7377.

Approved _____
Elizabeth Powell, SCSO

Respectfully submitted,
_____
Nicquita R. Robinson
Community Supervision Officer

*800 North Capital Street NW, Room 2276, Washington, DC 20002*
*Voice: (202) 442-1446   Fax: (202) 442-1597*

USPC                    7/12/2007   9:02    PAGE 1/2    Fax Server

U.S. Department of Justice
United States Parole Commission                    **Notice of Action**
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: Johnson, James                         Institution: Fort Dix FCI
Register Number: 07561-016
DCDC No: 119-202                              Date: July 12, 2007

---

In the case of the above-named, the Commission orders pursuant to 28 C.F.R. §2.85:

Reopen and add the 120-day CCC placement condition.

You shall reside in and participate in a program of the Community Corrections Center as instructed until discharged by the center director, but no later than 120 days from admission.

**With the special condition(s) as indicated below:**

In addition, you shall be subject to the Special Drug and Alcohol Aftercare Conditions that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

In addition, you shall reside in and participate in a program of a Community Corrections Center as instructed by your Supervision Officer until discharged by the Center Director, but no later than 120 days from admission.

In addition, you shall be subject to the Special Sex Offender Aftercare Condition. You shall participate in an in-patient or out-patient mental health program as directed by your Supervision Officer, with special emphasis on long-term sex offender testing and treatment. You are expected to acknowledge your need for treatment and to participate in good faith in achieving the program goals that will be established for you.

In addition, you shall not have any association or contact of any kind with minor children, whether in your residence, employment, social or other activities, without the approval of your Supervision Officer.

In addition, you shall be subject to the Global Positioning Systems monitoring inclusive of a curfew and/or exclusion zones as determined by your Supervision Officer.

In addition, you shall be subject to the highest level of supervision.

In addition, you shall be subject to an annual polygraph examination.

In addition, you shall submit to a search of your person, property, vehicle, and abode, conducted at a reasonable time in a reasonable manner by your Supervision Officer.

**REASONS**:

---

Johnson 07561-016                            -1-                         Clerk: OMG
Queued: 07-12-2007 11:17:10 BOP-Fort Dix FCI

USPC                   7/12/2007   9:02    PAGE 2/2    Fax Server

Based upon a request from the Supervising Officer it is recommended that the Commission include CCC placement as a special condition because the proposed plan is unacceptable.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:     TIPS - Team 50
        CSOSA
        800 North Capitol Street, N.W.
        Washington, D.C. 20002

        CSS Data Management Group
        D.C. Court Services & Offender Supervision Agency
        300 Indiana Avenue, N.W., Suite 2070
        Washington, D.C. 20001



Johnson 07561-016                           -2-                        Clerk:   OMG
Queued: 07-12-2007 11:17:10 BOP-Fort Dix FCI |

U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201

**Notice of Action on Appeal**

| | |
|---|---|
| Name: Johnson, James | Institution: Fort Dix FCI |
| Register Number: 07561-016 | Date: April 13, 2007 |

The National Appeals Board examined the appeal of the above named and ordered the following:

Modify previous decision: Parole effective August 16, 2007 after service of 8 months, with conditions listed on Notice of Action dated January 22, 2007.

You committed an administrative infraction: Interference with Staff in the Performance of their Duties, Most Like Insolence. Basis: DHO finding on 2/14/06; letter dated 7/19/06 from you to Aeisha Phillips, c/o Kintock Group.

Modify Reasons.

**REASONS:**

Your rescission guideline range is 0-60 days. After consideration of all relevant factors and information presented, a decision outside of the corrected guideline range is warranted. The letter you wrote to a professional counselor included puerile sexual references that a reasonable person would find offensive. You wrote this letter while in custody for parole violations involving repeated instances of having unauthorized contact with minors. You have a previous conviction for rape, a history of being insolent with institutional staff, and additional time is needed for release planning. You contend on appeal that the Commission erred in finding that you committed new criminal conduct extending into the community: Making Sexual Proposals. The Board finds that Making Sexual Proposals is an administrative infraction, not criminal conduct, and that the correct rescission range is 0-60 days.

You contend that you were not provided a fair hearing on the charge of Making Sexual Proposals because the DHO finding on that charge was vacated and that the rehearing on the same conduct resulted in a finding of Interference with Staff. You may also be aware that the Commission may make independent findings and is not bound by the findings of the DHO. When the Commission made the previous decision, the Commission's file did not include a copy of the DHO report from your rehearing and apparently there was some question as to what findings were made after you were granted a new DHO hearing.

The Board finds that the title of the administrative infraction is not as significant as your specific conduct that led to the disciplinary action. Interference with Staff carries the same rescission guideline range as Making Sexual Proposals. For this reason, the Board finds unnecessary a review of the basis for the Commission's determination that you committed Making Sexual Proposals. Instead, to simplify matters, the Board has adopted the findings of the DHO Report dated 12/14/06 and has modified the decision accordingly. The DHO made essentially the same factually findings that were made at your first hearing.



**PRISON
FELLOWSHIP**
   *Ministries*®

Post Office Box 5484
Baltimore, MD 21285
(410) 296-4909  Fax (410) 296-4652

*Mid-Atlantic Support Center*

August 3, 2007

James F. Johnson, #07561-016
FCI Fort Dix
PO Box 2000
Fort Dix, NJ 08640

Dear Mr. Johnson:

In response to your recent request for information on aftercare resources, I have enclosed a listing of the resources in the District of Columbia area of which I am aware. Hopefully you will be able to find something from this list that will aid you in your search for employment and housing. If not, perhaps one of these agencies will at least be able to refer you to other possible leads.

Enclosed is a booklet entitled "Shortimer." I trust this will be helpful to you in your transition.

May you be blessed!

Sincerely,

K. A. Beauford

Encl.

*"A bruised reed he will not break...
In faithfulness he will bring forth justice."
Isaiah 42:3*

Resources – Washington, DC

### Aftercare
**Efforts from Ex-Convicts, Inc.**
1329 9th St., NW
Washington, DC 20001   Phone: 202-483-8916
Assist adult ex-offenders in metropolitan DC to make transition back to the community through halfway house, emergency shelter, job assistance.

**Damien Ministries**
P.O. Box 10202
Washington, DC 20018   Phone: 202-387-2926
Home for men & women, ex-offenders on medical parole. Services include support groups, food bank, housing, counseling, retreats.

**ConquestHouse**
1640 Columbia Rd., NW
Washington, DC 20010   Phone: 202-328-1612
Services include Biblical discipleship, transitional housing, job placement services and mentoring.One Church One Resident program has each resident "adopted" by one church.

**Offender Aid & Restoration of Fairfax Co., Inc.**
10640 Page Ave., Suite 250
Fairfax, VA 22030   Phone: 703-246-3033

**Israel Metropolitan CME Church**
557 W. Randolph St., NW
Washington, DC 20011-   Phone: (202) 723-5795
Alan E. Petty
Faith-based Initiative Mentor Program, in partnership with the Court Services and Offender Supervision Agency for the District of Columbia. This program is designed to support and assist, with all available resources of the church and the District government, those offenders returning to the local community from prison.

**The Altar of Ed Ministry**
2800 Ontario Road, Suite 506
Washington, DC 20009   Phone: 202-319-7704
Mission is to bridge the gap between prison ministries and local churches; to successfully integrate former inmates as productive members of society.

### Employment
**Efforts for Ex-Convicts**
1329 9th St., NW
Washington, DC 20001   Phone: 202-483-8916
Gregory Ferrell
M-F 8-12

**Community Family Life Services, Inc.**
504 3rd St., NW, #104

FEDERAL CORRECTIONAL INSTITUTION
FORT DIX, NEW JERSEY

IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED
INMATE'S NAME: Johnson, James        UNIT: 5812        DATE: 2/24/07
                                     DETAIL: _____   REG. NO.: 07561-016

MEDICAL CLASSIFICATION STATUS: (Check One)

( ) IDLE: _____ allow to eat first _____ THRU 12 MIDNIGHT ___, 19___
( ) CONVALESCENT: _no prolonged standing 5 min._ THRU 12 MIDNIGHT ___, 19___
( ) RESTRICTED DUTY: _allow to eat first_
                     _diabetic patient_
( ) MEDICALLY UNASSIGNED: _must floor bedrest 12:00 m_ THRU 12 MIDNIGHT ___, 19___

                         OMS  V. Elias PA
                         _____
                         Physician or Physician Assistant

IDLE STATUS – Temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals. No recreation activity.

CONVALESCENT STATUS – recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days. Excused from work with no recreation activities.

RESTRICTED DUTY – Restricted from specific activities because of physical condition. List condition, work limitation, and time period.

MEDICALLY UNASSIGNED – Unassigned due to existing medical condition.

White copy – Hospital    Yellow copy – Detail Officer    Pink copy – Inmate    Gold copy – File

```
              FEDERAL BUREAU OF PRISONS
            FEDERAL CORRECTIONS INSTITUTION
                  P.O. BOX 7000 FCI
                  FORT DIX , NJ 08640


                    APRIL 17 , 2007
```

MEMORANDUM TO :   DIRECTOR
                  RESIDENTIAL RE-ENTRY CENTER/DC PRISONERS
                  1010 JUNCTION DRIVE
                  BALTIMORE , MARYLAND

THRU         ::   MR. CHARLES SAMULES
                  WARDEN F/FCW FORT DIX

SUBJECT       :   CHANGE OF DATE FOR PAROLE RELEASE
                  FROM 12/16/07 to 08/16/07

RE            :   RESIDENTIAL RE-ENTRY TO CCC E.F.E.C.T.,WASH.,DC

INRE          :   JOHNSON , JAMES F. ( DCDC 119-202 )
                  FED. REG. 07561-016


Please be advised , that your undivided attention is requested in the
interest of the undersigned inmate as per his approvals for CCC place-
ment in the Efforts From Exconvicts Half way House at 8th & P Streets,
in North West , Washington, DC.
     Originally, as of October , 2006, this resident was approved
for acceptence in said facility, however, it was later established t
that bed spacing would not be available until after January,2007.
Johnson has now been granted parole effective August 16, 2007 in
opposed to the DECEMBER 16, 2007 , an Four month increase. More-
over, his CCC approval papers has been submitted requesting atleast
sixty (60) days. Should this approval stand, it is requested that
such 60 days be applied to the AUGUST 16, 2007 parole grant release.

In God We Trust ,


James F. Johnson
CC: file



# COUNCIL OF THE DISTRICT OF COLUMBIA

## WASHINGTON, D.C. 20004

**Phil Mendelson**
Councilmember At-Large

Office: (202) 724-8064
Fax: (202) 724-8099

October 3, 2006

James Johnson – Fed. Reg. No. 07561-016
Fort Dix FCI
West: PO Box 7000
Fort Dix, NJ 08640

Dear Mr. Johnson:

    I write regarding your phone conversation with Heidi Tseu on my staff. Per your request, my office contacted the Federal Bureau of Prisons ("BOP") to clarify the circumstances of your release. Please know that as a D.C. Councilmember, I am not the authoritative party for your questions and I strongly recommend that you contact the BOP or Parole Commission for additional information. However, in response to our inquiries, the BOP has informed us that your presumptive parole date is scheduled for December 16, 2006. You were in fact referred to a halfway house. However, due to the lack of space at the facility where you qualify for housing this will not be possible. I find this unfortunate but expanding capacity cannot be done in the short term. Accommodations at halfway houses are conditional upon approval.

    Thank you for taking the time to contact my office and best of luck.

Sincerely,

Phil Mendelson, Chairman
Committee on the Judiciary

PM/ht

```
              FEDERAL BUREAU OF PRISONS
              FEDERAL CORRECTIONS INSTITUTION
                      P.O. BOX 2000
                    FORT DIX , NJ 08640
```

MEMORANDUM TO  : HONORABLE ELEANOR HOLMES NORTON (DEL)
                 UNITED STATES CONGRESSWOMAN
                 UNITED STATES CAPITOL
                 WASHINGTON , DC      20515

              : HONORABLE CHAIRPERSON
                 SENATE JUDICIARY COMMITTEE
                 UNITED STATES SENATE
                 WASHINGTON , DC      20515

              : HONORABLE PHIL MENDELSON
                 DC JUDICIARY COMMITTEE CHAIRPERSON
                 DC CITY COUNCIL
                 1350 PENNSYLVANIA AVENUE , NW
                 WASHINGTON , DC 20004                     *James Johnson*

FROM          : JAMES F. JOHNSON ( DCDC 119-202)
                 Fed reg 07561-016
                 P.O. BOX 2000 FCI
                 FORT DIX , NJ 08640

DATE          : MAY 17 , 2007

SUBJECT       : COMMUNITY CORRECTIONS PLACEMENT

CC            : HOGAN & HARTSON , HH HALF WAY HOUSE
                 H.F.S.C.C.   CCM

IT HAS COME TO THE ATTENTION OF THIS WRITER THAT THERE EXIST A
POSSIBLE PREMEDITATED DETERMINATION TO EXCLUDE DC OFFENDERS FOR
PLACEMENTS IN THE COMMUNITY CORRECTIONS CENTER LOCATED AT EIGHTH
& P STREETS , NW WASHINGTON , DC UNDER THE AUSPICES OF FOUNDER/
DIRECTOR , MR. RUDOLPH YOUNG.

IT IS NOTED THAT ON OR ABOUT , 2006, THIS WRITER WAS APPROVED
BY THE BOP FOR PLACEMENT IN THIS FACILITY, HOWEVER, IT WAS LATER
DETERMINED, AFTER DISCLOSURES THAT THE INMATE WAS AS LISTED, WAS
NOT RECEIVED BY THE NEW DIRECTOR/STAFF BECAUSE " LACK OF BED SPACE
UNTIL (AFTER) JANUARY , 2007" FILED THIS FORM. THE BOP, AGAIN
APPROVED THIS INMATE FOR PLACEMENT AT THIS CCC , AND HAS NOT RECEIVED
ANY SUCH RESPONSE. COULD YOUR OFFICE INVESTIGATE THIS COMPLAINT?
SINCE ALL NEWLY RELEASED INMATES SHOULD HAVE SOME " TRANSITIONAL
OPPORTUNITIES " TO SECURE ID'S , HOUSING, ETC. IT IS IMPERATIVE
TO INTERPHASE SUCH IF REHABILITATION IS TO REMAIN AN EFFECTIVE TOOL.

JOHNSON, James
Register No. 07561-016
Remedy No. 452283-F1

---

## PART B - RESPONSE

This is in response to your Request for Administrative Remedy, wherein you allege staff misconduct.

Your allegations concerning the conduct of a staff member have been referred to the proper authorities for review and final disposition. The results of this review will not be disclosed to you. Any action deemed appropriate will be taken. We find no further relief is warranted at this time. This response to your request for relief is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Northeast Regional Director, Federal Bureau of Prisons. Your appeal must be received in the Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Streets, Philadelphia, PA 19106, within 20 calendar days of the date of this response.

_____        _5-10-07_____
Charles E. Samuels, Jr., Warden              Date

JOHNSON, JAMES F
Reg. No. 07561-016
Inmate Request to Staff

---

### INMATE REQUEST TO STAFF RESPONSE

This is in response to your letter dated June 12, 2007. Specifically, you request transitory time in a community based program to compliment your parole release.

A review of this matter reveals that on April 14, 2007, this institution received a Notice of Action (NOA) on Appeal from the United States Parole Commission granting an August 16, 2007, Parole effective release date. As a result of the latest NOA in your case, on May 8, 2007, your Unit Team submitted a Residential Reentry Center(RRC) referral by fax and mail for RRC placement between June 21, 2007-July 19, 2007. On June 18, 2007, your Unit Team received a message from the Baltimore Community Corrections Office stating that you were denied RRC placement "due to the non-availability of bed space."

I trust this information has addressed your concerns.


_____          7-24-07
Charles E. Samuels, Jr.                   Date
Warden