**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMES F. JOHNSON,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| | ) **Civil Action No. 07-1168 (RBW)** |
| **v.** | ) **(ECF)** |
| | ) |
| **UNITED STATES of AMERICA, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), the United States of America, the Bureau of Prisons and several individuals named in their official and personal capacities ("Defendants"), respectfully request an enlargement of time until October 17, 2007, to file an answer or otherwise respond to the complaint in this case.  In support of this motion, Defendants state the following:

1.      On June 29, 2007, Plaintiff, a *pro se* prisoner, filed this <u>Bivens</u> action against the United States of America and the Bureau of Prisons.  This week, Plaintiff amended his complaint to name several individual Defendants in their official and individual capacities.[1]

2.      Because this is a <u>Bivens</u> action, the Defendants named in their official and individual capacities have the opportunity to request legal representation by the Department of Justice ("DOJ"), pursuant to 28 C.F.R. § 50.15.

_____

[1]  By way of this motion for an extension of time, Defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

3.    The process of requesting representation for the recently-named individual Defendants has only just begun. In addition, a litigation report setting forth the recently-named Defendants' involvement is being prepared and will be forwarded to the undersigned soon. The litigation report is an essential prerequisite to a response.

4.    Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[2]

September 14, 2007                    Respectfully submitted,


                                      _____/s/_____
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                      United States Attorney


                                      _____/s/_____
                                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                                      Assistant United States Attorney


                                      _____/s/_____
                                      KENNETH ADEBONOJO
                                      Assistant United States Attorney
                                      Judiciary Center Building
                                      555 4th Street, N.W. – Civil Division
                                      Washington, D.C.  20530
                                      (202) 514-7157
                                      (202) 514-8780 (facsimile)

_____

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

2

**CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

James F. Johnson
R# 07561-01
F.C.I. - Ft. Dix
POB 2000
Fort Dix, NJ 08640


on this 14th day of September, 2007.     _____/s/_____
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

|                                   |     |                                            |
| --------------------------------- | --- | ------------------------------------------ |
|                                   | )   |                                            |
| **JAMES F. JOHNSON,**             | )   |                                            |
|                                   | )   |                                            |
| **Plaintiff**                     | )   |                                            |
|                                   | )   |                                            |
|                                   | )   | **Civil Action No. 07-1168 (RBW)**         |
| **v.**                            | )   | **(ECF)**                                  |
|                                   | )   |                                            |
| **UNITED STATES of AMERICA, et al.** | )   |                                            |
|                                   | )   |                                            |
| **Defendants.**                   | )   |                                            |
|                                   | )   |                                            |

---

## ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before October 17, 2007.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

James F. Johnson
R# 07561-01
F.C.I. - Ft. Dix
POB 2000
Fort Dix, NJ 08640