## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **JAMES F. JOHNSON,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| | ) |
| | ) **Civil Action No. 07-1168 (RBW)** |
| **v.** | )  **(ECF)** |
| | ) |
| **UNITED STATES of AMERICA, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

_____

## DEFENDANTS' SECOND MOTION TO ENLARGE TIME
## TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), the United States of America, the Bureau of Prisons and several individuals named in their official and personal capacities ("Defendants"), respectfully request an enlargement of time to and including November 19, 2007, to file an answer or otherwise respond to the complaint in this case.  In support of this motion, Defendants state the following:

1.      On June 29, 2007, Plaintiff, a *pro se* prisoner, filed this <u>Bivens</u> action against the United States of America and the Bureau of Prisons.  The Plaintiff amended his complaint to name several individual Defendants in their official and individual capacities.[1]

2.      Because this is a <u>Bivens</u> action, the Defendants named in their official and individual capacities have the opportunity to request legal representation by the Department of Justice ("DOJ"), pursuant to 28 C.F.R. § 50.15.

_____

[1]  By way of this motion for an extension of time, Defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

3.      Counsel for the defendants is away in training at the National Advocate Center in Columbia, South Carolina and has other significant workload demands.

4.      Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[2]

October 17, 2007                              Respectfully submitted,


                              _____/s/_____
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney


                              _____/s/_____
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney


                              _____/s/_____
                              KENNETH ADEBONOJO
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 4th Street, N.W. – Civil Division
                              Washington, D.C.  20530
                              (202) 514-7157
                              (202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

**CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

James F. Johnson
R# 07561-01
F.C.I. - Ft. Dix
POB 2000
Fort Dix, NJ 08640


on this 17th day of October 2007.     _____/s/_____
                                      KENNETH ADEBONOJO
                                      Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
**JAMES F. JOHNSON,**                               )
                                                    )
            **Plaintiff**                           )
                                                    )
                                                    )  **Civil Action No. 07-1168 (RBW)**
            **v.**                                  )  **(ECF)**
                                                    )
**UNITED STATES of AMERICA, et al.**                )
                                                    )
            **Defendants.**                         )
_____)


**<u>ORDER</u>**

UPON CONSIDERATION of the Defendants' Second Motion for Enlargement of Time,

support thereof, the grounds stated therefor and the entire record in this matter, it is by the

Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or

before November 19, 2007.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

James F. Johnson
R# 07561-01
F.C.I. - Ft. Dix
POB 2000
Fort Dix, NJ 08640