UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC 20001

RECEIVED
DEC - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES F. JOHNSON,

    Plaintiff,

    V.                                     Civil Action No. 07-1168 RBW

UNITED STATES OF AMERICA, et al;

    Defendants.

## PLAINTIFF'S RESPONSE OPPOSITION TO DEFENDANTS MOTION TO DISMISS

Plaintiff, James F. Johnson, defiantly opposes the Defendants
In it's Motion To Dismiss because the Defendants are taking the
Position that they. as well as any other Governmental Agency,
Is above the law, even though, as sworn law enforcement
Officers, they swore to up hold the Constitution of the United
States.

Plaintiff further contend, that had the Government Defendants
In this case, had submitted to this Honorable Court, the self
Same evidence to which this Plaintiff has already submitted as
Evidence in his behalf, that this case would be allowed to go
Forward without cause pf delay, and be represented to a Jury
For determination of guilt and or innocence.

Plaintiff contend that the plain language of the laws of the
Land, the Regulations and Rules of the of the Defendants own
Agency Guidelines, proclaim that his assertions are true, and
This Court must accept them as true unless the records and
The complaint submitted by this Petitioner conclusively show
That his complaint and allegations are frivolous and are not
Entitled to further review, and them dismiss the case.

Plaintiff has shown beyond a preponderance of the evidence
Submitted, that he is atleast entitled to have a jury of
Peers determine the true facts and law of this case, that,
If the Defendants are true properly representative of the
United States Constitution, and not hiding behind the shield
Of authority and relying upon this Court to simply dismiss this
Action simply because they are representatives of the Government,
That such a dedicated representative, true to his/her sworn oath
Of obligations to up hold the Spirit and the laws of the United
States Constitution, that there is absolutely noting nor no one
Hide, then they should welcome a trial by jury to continue the
Transparency of their sworn oath and the integrity of this Court
And the agency in question here.

Petitioner merely respects the First Amendment of these United
States where it guarantees the right to " freely address the
Government to seek redress of grievance..", and if the Defendants
Too, respects this Constitutional safe guard, then they too,
Should welcome " their day in Court!"


Whereas, Petitioner, James F. Johnson respectfully moves that
This honorable court, respecting the integrity of this court,
The Constitutional safe guards of this Petitioner, as well as
All American citizenry, should allow for this case to go forward
And be determined by a jury of peers, as nothing in the laws of
This country and or the agency at question in this cause, gives
Rise to actions taken by these Defendants as an lawful action, as
It is well believed, that had this Petitioner been charged with
Commiting the same acts as alleged here, this court would readily
Allow this case to go forward to eventually be presented before a
Jury of peers to determine the lawful outcome, and such an out-
Come here is welcomed with such a jury determination, it is noth-

Ing wrong or inconclusive about this being a lawful complaint
To be determined by a jury of peers, especially so, if these
Defendants are truthfully asserting that no wrong doings on
His/her part, were an unlawful act, especially so, since the
Finding of guilt by certain recent members of the White House,
And findings of lying to a Federal Grand Jury and Members of
The United States Congress by other Governmental Agency
Employees, shows, without hesitation, that Government Employees
Will tell sworn untruths to protect one the other, and this
Court should not allow the " cloud of tarnishment " to hoover
Over this case, moreover, Defendants in this cause, has not
Presented one shred of evidence to show that their actions were
Lawful acts, they merely request that they not be held to
Accountability and responsibility for such actions as Govern-
Mental Employees, and that they should be allowed to be dis-
Missed because they are " above the law."

Whereas, Petitioner respectfully submit to this honorable
Court that his case be allowed to go forward to a jury of
Peers for determination, just as the United States District
Court for the District of Columbia allowed in the " Scooter Libby
Case, it is so moved.


In God We Trust,

*/s/ James F. Johnson*

James F. Johnson, Pro Se
3421 15th Street, SE # 102
Washington, DC 20020


### CERTIFICATE OF SERVICE

I, James F. Johnson, the Petitioner/Plaintiff in the above
Entitled cause, do so say, under penalty of perjury, that I
Have mailed the original and two copies to:

Clerk
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

On this 3, day of December, 2007, via regular US Postage,
And respectfully submit that his indigency status remain
And that a copy of these proceedings shall be forwarded to
Any and all concerned parties in the instant cause to assure
Proper and effective service, it is so moved.

*James F. Johnson*

James F. Johnson , Pro Se