UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES F. JOHNSON, )<br>  )<br>Plaintiff )<br>  )<br>v. )<br>  )<br>UNITED STATES of AMERICA, et al. )<br>  )<br>Defendants. )<br>  ) | Civil Action No. 07-1168 (RBW)<br>(ECF) |

### DEFENDANTS' MOTION TO ENLARGE TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b)(1), the United States of America, the Bureau of Prisons and several individually-named Defendants ("Defendants"), respectfully request an enlargement of time to and including December 31, 2007, to file a reply to Plaintiff's opposition to Defendants' Motion to Dismiss. In support of this motion, Defendants state the following:

1. On November 19, 2007, Defendants filed a Motion to Dismiss Plaintiff's complaint.

2. On December 4, 2007, Plaintiff filed opposition to Defendants' Motion to Dismiss. Defendants' reply is due tomorrow December 18, 2006.

3. Defendants respectfully request until December 31, 2007, to file a reply brief to Plaintiff's opposition to Defendants' Motion to Dismiss.

4. Although Plaintiff is no longer incarcerated, the undersigned was not able to confer with him, pursuant to LCvR 7(m), regarding this request because the undersigned does not have Plaintiff's telephone number and time constraints made sending mail counterproductive.

December 17, 2007                                   Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to Reply Plaintiff's Opposition to Defendants' Motion to Dismiss to be served by first class mail upon *pro se* plaintiff at:

James F. Johnson
3421 15th Street, SE #102
Washington, DC
20020

on this 17th day of December 2007.   _____/s/_____
                                                                     KENNETH ADEBONOJO
                                                                     Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES F. JOHNSON, )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>UNITED STATES of AMERICA, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1168 (RBW)<br>(ECF) |

## ORDER

UPON CONSIDERATION of the Defendants' Motion for an Enlargement of Time to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file reply brief before December 31, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

James F. Johnson
3421 15th Street, SE #102
Washington, DC
20020